NO. 12-03-00313-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JOHN CLIFTON,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant was sentenced to seven years of confinement after revocation of his deferred
adjudication probation. We have received the trial court's certification showing that Appellant
waived his right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered September 24, 2003.

Panel consisted of Worthen,C.J. and Griffith, J.






(DO NOT PUBLISH)